# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

STARLAH BURKE

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

CV 07    6142

CITY OF SAN LEANDRO; OFFICER GREGORY
ALLEN CANNEDY; CHIEF DALE ATTARIAN,
DOES 1-50

JL

TO: (Name and address of defendant)

CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY; individually, and in his official capacity;
CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50; 901 E.14th Street, San Leandro,
California 94577

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERIC M. SAFIRE
LAW OFFICES OF ERIC M. SAFIRE
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115

an answer to the complaint which is herewith served upon you, within 10 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  DEC - 5 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 9, 2008 @ 11:10 am |

| Name of SERVER | TITLE |
|---|---|
| Tonya R. Ackerman | California Process Server Employee (SF #136) |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

employment

☒ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Marilyn Coumbie, o/b/o Officer Gregory Allen Cannedy, individually and in his official capacity
835 14th Street, San Leandro, California

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 10, 2008
            Date

Signature of Server  Tonya R. Ackerman
DO PROCESS, INC.
2215-R Market Street

Address of Server
San Francisco, CA 94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  January 9, 2008 at 11:10am |
| Name of SERVER  Tonya R. Ackerman | TITLE  California Process Server Employee (SF #136) |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ employment with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Marilyn Coumbie, o/b/o Chief Dale Attarian, in his official capacity
835 14th Street, San Leandro, California

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 10, 2008
                    Date

Signature of Server   Tonya R. Ackerman
DO PROCESS, INC.
2215-R Market Street
Address of Server
San Francisco, CA 94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: January 9, 2008 @ 11:10 am |
| Name of SERVER: Tonya R. Ackerman | TITLE: California Process Server Employee (SF #136) |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ employment with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Marilyn Coumbie o/b/o
City of San Leandro
835 14th Street
San Leandro, California

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 10, 2008
               Date

Signature of Server   Tonya R. Ackerman
DO PROCESS, INC.
2215-R Market Street
Address of Server
San Francisco, CA 94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.