1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA 94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CHIEF DALE ATTARIAN
7  and CITY OF SAN LEANDRO

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 STARLAH BURKE,                          Case No: C07-6142 JL

12            Plaintiff,

13 v.                                      **DEFENDANTS CHIEF ATTARIAN AND
                                           CITY OF SAN LEANDRO'S OBJECTION
14 CITY OF SAN LEANDRO; OFFICER            TO PLAINTIFF'S RETURN OF SERVICE
   GREGORY ALLEN CANNEDY; individually,    REGARDING FORMER EMPLOYEE
15 and in his official capacity; CHIEF DALE GREGORY ALLEN CANNEDY**
   ATTARIAN, in his official capacity; and DOES
16 1 through 50,

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

---

Defendants' Objection to Plaintiff's purported "Return of Service" on former employee Gregory Cannedy [C07-6142 JL]

1  COMES NOW DEFENDANTS CHIEF DALE ATTARIAN and CITY OF SAN LEANDRO (hereinafter "DEFENDANTS") who object to PLAINTIFF'S purported RETURN OF SERVICE on former employee GREGORY ALLEN CANNEDY, who has not been effectively served, and has not yet made an appearance in this litigation.

PLAINTIFF'S RETURN OF SERVICE in relation to GREGORY ALLEN CANNEDY purports to allege that he was served at the City, based upon his "REGULAR PLACE OF EMPLOYMENT." Mr. Cannedy is not, and has not been employed by the City since late 2006. PLAINTIFF'S counsel, Eric Safire, was informed of this in writing and on the telephone by defense counsel for the City and Chief Attarian. Therefore, the purported "RETURN OF SERVICE" as to Mr. Cannedy is ineffective, and Mr. Cannedy has not yet been properly served and is not presently within the Court's jurisdiction.

Dated: February 5, 2008         Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
Tricia L. Hynes
Attorneys for Defendants
CHIEF DALE ATTARIAN
and CITY OF SAN LEANDRO

1054891_1.DOC