## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:38-10:42 ( 04 min)
Date: **March 12 , 2008**

Case No: **C07- 6142 JL**

Case Name: **Starlah Burke v. City of San Leandro, et al**

Plaintiff  Attorney(s): Eric Safire
Defendant Attorney(s): Tricia Hynes

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                        **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Fur CMC to be set after taking Acuna case as being related.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court


Notes:.



cc: Venice, Kathleen,