Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF SAN LEANDRO
and CHIEF DALE ATTARIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLAH BURKE,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY; individually, and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50,<br><br>        Defendants. | Case No: CV 07-6142 JL<br><br>**DEFENDANTS' NOTICE OF UNAVAILABILITY OF COUNSEL** |

Defs' Notice of Unavailability of Counsel [07-6142]

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of San
3  Leandro and Chief Dale Attarian will be unavailable March 28, 2008 through April 7, 2008, for all
4  purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex
5  parte applications, filing papers, responding to communications, or attending depositions.  (See
6  *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

7

8  Dated:  March 26, 2008           Respectfully submitted,

9                                    MEYERS, NAVE, RIBACK, SILVER & WILSON

10

11                                   By:_____/s/_____
                                        Tricia L. Hynes
12                                      Attorneys for Defendants
                                        CITY OF SAN LEANDRO and CHIEF DALE
13                                      ATTARIAN

14
   1075954.1
15