1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**United States District Court**
**Northern District of California**

10 | Burke,                                      07-06142 JL ENE

11 |                    Plaintiff(s),        **Notice of Appointment of Evaluator**

12 |          v.

13 | City of San Leandro,

14 |                    Defendant(s).

15 | TO COUNSEL OF RECORD:

16 |          The court notifies the parties and counsel that the Evaluator assigned to this

17 | case is:

18 |                              **Gail Killefer**
             Killefer Mediation
19 |                              417 Montgomery Street, Suite 300
             San Francisco, CA 94104-1109
20 |                              415-383-8494
             gkillefer@aol.com
21 |
22 |          Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which

23 | governs the ENE program.  The evaluator will schedule a joint phone conference with

24 | counsel under ADR L.R. 5-7 and will set the date of the ENE session within the

25 | deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court

26 | permits the evaluator to charge each party its pro rata share of the cost of the phone

27 | conference.

28

**Notice of Appointment of Evaluator**
07-06142 JL ENE                              - 1 -

1      Counsel are reminded that the written ENE statements required by the ADR L.R.

2    5-8 shall NOT be filed with the court.

3

4    Dated: April 9, 2008

5                                                    RICHARD W. WIEKING
                                                     Clerk
6                                                    by:    Claudia M. Forehand

7

8                                                    ADR Case Administrator
                                                     415-522-2059
9                                                    Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**Notice of Appointment of Evaluator**
07-06142 JL ENE                    - 2 -