Alison Berry Wilkinson, SBN 135890
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: 415.259.6638
Email: alison@berrywilkinson.com

Attorneys for Defendant
Gregory Allen Cannedy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLAH BURKE, | Case No. C07-6142 JL |
| Plaintiff, | Related Case: CV 08 1020 JL |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, individually and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50, | |
| Defendants. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 27, 2008

Respectfully Submitted,

BERRY | WILKINSON | LAW GROUP

*[signature]*

By: Alison Berry Wilkinson
Attorneys for Defendant Gregory Cannedy

1 | IT IS SO ORDERED.
2 |
3 | Dated:_____
4 |
5 |                                          Hon. Magistrate Judge James Larson
                                             UNITED STATES DISTRICT COURT

Consent to Proceed Before a Magistrate Judge

# PROOF OF SERVICE

Case Name: *Starlah Burke v. City of San Leandro, et. al.,*
United States District Court Northern District of California
Case No.: C07-6142 JL

      I, Maggie Bedig, am a citizen of the United States, and am over 18 years of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains Lucia Stern, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

upon all parties addressed as follows:

Kimberly E. Colwell
Tricia L. Hynes
Meyers Nave, et. al.,
555 12th Street, Suite 1500
Oakland, CA 94607
kcolwell@meyersnave.com
thynes@meyersnave.com

Eric Mitchell Safire
Law Offices of Eric M. Safire
2431 Fillmore Street
San Francisco, CA 94115
eric@safirelaw.com

**Niloufar Mazhari**
Niloufar Mazhari Law Offices
One Embarcadero Center
Suite 500
San Francisco, CA 94111

said service was effected as indicated below:

☐ FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission.

☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

☒    VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on May 27, 2008 at Pleasant Hill, California.

_____
Maggie Bedig

**PROOF OF SERVICE**