Alison Berry Wilkinson, SBN 135890
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: 415.259.6638
Email: alison@berrywilkinson.com

Attorneys for Defendant
Gregory Allen Cannedy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ACUNA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, individually and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. CV 08 1020 JL<br><br>Related Case: CV 07-6142 JL<br><br>STIPULATION AND [R̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE |

　　WHEREAS by Order of this Court on March 24, 2008 the above-referenced matter was deemed related to the case of *Burke v. City of San Leandro, et al*, U.S.D.C. N.D. Case No. C 07-06142 and was thereafter assigned to the Honorable Magistrate Judge James Larson for all purposes;

　　WHEREAS on February 20, 2008 prior to this action being related to *Burke v. City of San Leandro, et al*, U.S.D.C. N.D. Case No. C 07-06142 a Case Management Conference had been set for May 28, 2008;

1  WHEREAS on March 12, 2008 at the Case Management Conference in *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142 an order was issued that a further Case Management Conference would be set after this matter was deemed related;

4  WHEREAS Defendant GREGORY ALLEN CANNEDY did not participate in the Case Management Conference held on March 12, 2008 in *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142 as he had not yet appeared in the action;

7  WHEREAS Defendant GREGORY ALLEN CANNEDY has only recently secured counsel to represent him in both actions and his counsel is unavailable to appear at a Case Management Conference on May 28, 2008 due to a conflicting appearance in San Luis Obispo County;

11  WHEREAS the parties agree that both actions would benefit by Case Management Conferences that are simultaneously scheduled and held and at which counsel for all parties can appear;

14  THE PARTIES HEREBY STIPULATE that the Case Management Conference currently scheduled in this action should be moved from Wednesday May 28, 2008, to Wednesday June 18, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and should be simultaneously set a further case management conference in the related case of *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142.

19  THE PARTIES FURTHER STIPULATE that the last day to file the joint case management statement in both actions shall be Wednesday, June 11, 2008.

IT IS SO STIPULATED.

Dated: 5/26/08

LAW OFFICE OF ERIC M. SAFIRE

By: ERIC M. Safire
Attorney for Plaintiffs Jennifer Acuna
and Starlah Burke

-2-

*ACUNA V. CITY OF SAN LEANDRO, ET AL* Case No. CV 08-01020 JL
Stipulation and Proposed Order Regarding Initial Case Management Conference

1  Dated: May 27, 2008

MEYERS NAVE SIBACK SILVER & WILSON

By: Tricia L. Hynes
Attorneys for Defendants City of
San Leandro and Chief Dale Attarian

7  Dated: 5/27/08

BERRY | WILKINSON | LAW GROUP

By: Alison Berry Wilkinson
Attorneys for Defendant
Gregory Allen Cannedy

IT IS SO ORDERED.

Dated: May 28, 2008

Hon. Magistrate Judge James Larson
UNITED STATES DISTRICT COURT