Alison Berry Wilkinson, SBN 135890
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: 415.259.6638
Email: alison@berrywilkinson.com

Attorneys for Defendant
Gregory Allen Cannedy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLAH BURKE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, individually and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50,<br><br>    Defendants. | Case No. C07-6142 JL<br><br>Related Case:  *Acuna v. City of San Leandro*<br>                      CV 08 1020 JL<br><br>**DEFENDANT CANNEDY'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant CITY OF SAN LEANDRO; Farmers Insurance Group.

Dated: 25 July 2008

Respectfully submitted,

**BERRY | WILKINSON | LAW GROUP**

By: Alison Berry Wilkinson
Attorneys for Defendant CANNEDY

*Burke v. City of San Leandro, et al.* Case No. C07-6142 JL
**Defendant Cannedy's Certificate of Interested Parties**