1  Alison Berry Wilkinson, SBN 135890
   **BERRY | WILKINSON | LAW GROUP**
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA 94903
3  Telephone/Facsimile:  415.259.6638
   Email:  alison@berrywilkinson.com
4
   Attorneys for Defendant
5  Gregory Allen Cannedy

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  **STARLAH BURKE,**                    **Case No. C07-6142 JL**

12              **Plaintiff,**             Related Case:  *Acuna v. City of San Leandro*
                                                           **CV 08 1020 JL**
13          v.
                                          **DEFENDANT CANNEDY'S NOTICE OF**
14  **CITY OF SAN LEANDRO; OFFICER**      **UNAVAILABILITY OF COUNSEL**
    **GREGORY ALLEN CANNEDY,**
15  **individually and in his official capacity;**
    **CHIEF DALE ATTARIAN, in his**
16  **official capacity; and DOES 1 through**
    **50,**
17
                **Defendants.**
18

19  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

20       NOTICE IS HEREBY GIVEN THAT Alison Berry Wilkinson, counsel for Defendant

21  CANNEDY, will be unavailable August 7 through 17, 2008, for all purposes  including but not

22  limited to receiving notice of any kind, appearing in court, responding to ex parte applications,

23  filing papers, responding to communications, or attending depositions.  (See, *Tenderloin Housing*

24  *Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.

25                                        Respectfully submitted,
    Dated: _25 July 2008_
26                                        **BERRY | WILKINSON | LAW GROUP**

27

28                                        By: Alison Berry Wilkinson
                                          Attorneys for Defendant CANNEDY