# Berry | Wilkinson | Law Group

*Alison Berry Wilkinson*
*alison@berrywilkinson.com*

August 9, 2008

James Larson, Chief Magistrate Judge
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re:**    **Case Management Conference Rescheduling in the Related Cases of:**
               *Acuna v. City of San Leandro,* **U.S.D.C. Case No. CV 08 1020 JL**
               *Burke v. City of San Leandro* **U.S.D.C. Case No. CV 07-6142 JL**

Dear Honorable Chief Magistrate Judge James Larson:

      On behalf of all the parties in the two related cases of *Acuna v. City of San Leandro,* U.S.D.C. Case No. CV 08 1020 JL, *Burke v. City of San Leandro* U.S.D.C. Case No. CV 07-6142 JL, I write to request that the Case Management Conference currently scheduled for August 11, 2008 be continued to August 27, 2008.

      This matter was originally set for August 6, 2008, but was continued by the Court due to staff illness until August 11, 2008. Unfortunately, on that date, I will be out of the country on vacation. A Notice of Unavailability of Counsel was previously filed on July 25, 2008.

      After consulting with your staff member Ms. Kathleen Cambpell, and after conferring with counsel for all the parties in these matters and confirming their concurrence and availability, I respectfully request that the Case Management Conference be continued from August 11, 2008 to August 27, 2008.

      Thank you for your prompt consideration of this request. Your courtesy in continuing this matter would be greatly appreciated.



Very truly yours,

Berry | Wilkinson | Law Group

Alison Berry Wilkinson

Cc:    Eric Safire, Counsel for Plaintiffs Acuna and Burke
        Tricia Hynes, Counsel for Defendnats City of San Leandro and Chief Attarian

4040 Civic Center Drive, Suite 200 • San Rafael, CA 94903 • ph: 415.259.6638 • fx: 415.492.2810 • berrywilkinson.com