<u>**CIVIL MINUTES**</u>

**Chief Magistrate Judge James Larson**              FTR 11:08-11:15 ( 0 min)
Date: **August 27 , 2008**

Case No: **C07- 6142 JL and related case C08-1020 JL**

Case Name: **Starlah Burke v. City of San Leandro, et al**
                **Jennifer Acuna v. City of San Leandro, et al**
Plaintiff  Attorney(s): Eric Safire
Defendant Attorney(s): Kimberly Drake for San leandro and Chief of Police; Alison Wilkinson for Cannedy

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                        **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 10/29/08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes: Initial disclosures to be made.



cc: Venice, Kathleen,