Alison Berry Wilkinson, SBN 135890
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: 415.259.6638
Email: alison@berrywilkinson.com

Attorneys for Defendant
Gregory Allen Cannedy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLAH BURKE,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, individually and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50,<br><br>   Defendants. | Case No. C07-6142 JL<br><br>Related Case: *Acuna v. City of San Leandro* CV 08 1020 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS on October 29, 2008 at the Case Management Conference an order was issued setting a further Case Management Conference for January 28, 2009;

WHEREAS on November 12, 2008, an order issued setting the Early Neutral Evaluation hearing for February 4, 2009;

WHEREAS the parties agree that setting the next Case Management Conference for after the first Early Neutral Evaluation session would best serve the interests of judicial economy and efficiency;

THE PARTIES HEREBY STIPULATE that the Case Management Conference currently scheduled in this action should be moved from Wednesday January 28, 2009, to Wednesday

---

*ACUNA V. CITY OF SAN LEANDRO, ET AL.* Case No. C 08-1020 JL

**Stipulation and Proposed Order Regarding Case Management Conference**

1  March 11, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and should
2  set this matter simultaneously with the further case management conference in the related case of
3  *Burke v. City of San Leandro et al.* U.S.D.C. N.D. Case NO. C 07-06142.
4      THE PARTIES FURTHER STIPULATE that the last day to file the joint case
5  management statement in both actions shall be Wednesday, February 25, 2009.
6  IT IS SO STIPULATED.

7  Dated:_____  LAW OFFICE OF ERIC M. SAFIRE

                                        */s/ Eric M. Safire*

By: ERIC M. Safire
Attorney for Plaintiffs Jennifer Acuna
and Starlah Burke

12 Dated:_____  MEYERS NAVE SIBACK SILVER & WILSON

15  By: Tricia L. Hynes
Attorneys for Defendants City of
San Leandro and Chief Dale Attarian

18 Dated:_____  BERRY | WILKINSON | LAW GROUP

21  By: Alison Berry Wilkinson
Attorneys for Defendant
Gregory Allen Cannedy

23 IT IS SO ORDERED.

25 Dated:_____
Hon. Magistrate Judge James Larson
UNITED STATES DISTRICT COURT

-2-

*ACUNA V. CITY OF SAN LEANDRO, ET AL* Case No. CV 08-01020 JL
**Stipulation and Proposed Order Regarding Initial Case Management Conference**

1  March 11, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and should
2  set this matter simultaneously with the further case management conference in the related case of
3  *Acuna v. City of San Leandro et al.* U.S.D.C. N.D. Case No C07-6142 JL.
4    THE PARTIES FURTHER STIPULATE that the last day to file the joint case
5  management statement in both actions shall be Wednesday, February 25, 2009.
6  IT IS SO STIPULATED.
7  Dated: _____           LAW OFFICE OF ERIC M. SAFIRE

By: ERIC M. Safire
Attorney for Plaintiffs Jennifer Acuna
and Starlah Burke

Dated: *Dec. 20, 2008*           MEYERS NAVE SIBACK SILVER & WILSON

By: Tricia L. Hynes
Attorneys for Defendants City of
San Leandro and Chief Dale Attarian

Dated: *January 5, 2009*           BERRY | WILKINSON | LAW GROUP

By: Alison Berry Wilkinson
Attorneys for Defendant
Gregory Allen Cannedy

IT IS SO ORDERED.

Dated: January 13, 2009           _____
Hon. Magistrate Judge James Larson
UNITED STATES DISTRICT COURT

-2-

ACUNA V. CITY OF SAN LEANDRO, ET AL   Case No. CV 08-01020 JL
Stipulation and Proposed Order Regarding Initial Case Management Conference