**ERIC M. SAFIRE, SB#98706**
LAW OFFICES OF ERIC M. SAFIRE
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 292-1940
Fax: (415) 292-1946
Email: eric@safirelaw.com


Attorney for PLAINTIFF,
Starlah Burke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLAH BURKE, | Case No.: CV 07 6142 JL |
| Plaintiff, | **Related Case No. CV 08 1020 JL** |
| vs. | |
| CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY; individually, and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and, DOES 1 through 50, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |
| Defendants, | |

WHEREAS the parties complied with this Court's ADR Order directing that an Early Neutral Evaluation session be scheduled;

WHEREAS the parties scheduled the Early Neutral Evaluation (ENE) session before Mediator Gail Killefer for February 4, 2009;

WHEREAS on Monday, January 26, 2009 the parties timely submitted ENE statements to the Mediator for consideration;

Stipulation and [Proposed] Order re ENE
1

WHEREAS on Friday, January 28, 2009 after reviewing the ENE statements the Mediator questioned whether an ENE session would be productive at any time *before* the conclusion of the criminal trial;

WHEREAS the parties conferred and agreed that the ENE session would not likely be productive until after the conclusion of the criminal trial;

The parties to the above actions through counsel hereby stipulate to continue the early neutral evaluations in both cases until such time as the criminal case in Alameda County against Defendant Gregory Cannedy has been resolved.

It is so stipulated.

Dated: February 3, 2009　　　　　　　　　LAW OFFICES OF ERIC M. SAFIRE

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By: Eric M. Safire
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, JENNIFER ACUNA

Dated: February ___, 2009　　　　　　　MEYERS NAVE SIBACK SILVER & WILSON

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By: TRICIA L. HYNES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants, City of San Leandro et. al.

Dated: February 3, 2009　　　　　　　　BERRY | WILKINSON | LAW GROUP

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By: Alison Berry Wilkinson
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Gregory Allen Cannedy

WHEREAS on Friday, January 28, 2009 after reviewing the ENE statements the Mediator questioned whether an ENE session would be productive at any time *before* the conclusion of the criminal trial;

WHEREAS the parties conferred and agreed that the ENE session would not likely be productive until after the conclusion of the criminal trial;

The parties to the above actions through counsel, hereby stipulate to continue the early neutral evaluations in both cases until such time as the criminal case in Alameda County against Defendant Gregory Cannedy has been resolved.

It is so stipulated.

Dated: February 3, 2009      LAW OFFICES OF ERIC M. SAFIRE

By: Eric M. Safire
Attorney for Plaintiff, STARLAH BURKE

Dated: February 3, 2009      MEYERS NAVE SIBACK SILVER & WILSON

By: TRICIA L. HYNES
Attorney for Defendants, City of San Leandro et. al.

Dated: February ___, 2009      BERRY | WILKINSON | LAW GROUP

By: Alison Berry Wilkinson
Attorney for Defendant, Gregory Allen Cannedy

Stipulation and [Proposed] Order re ENE
2

1  IT IS SO ORDERED.

3  Dated: February 4, 2009

           _____
           Hon. Magistrate Judge James Larson
           UNITED STATES DISTRICT COURT