# LAW OFFICES OF ERIC M. SAFIRE

2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
TELEPHONE (415) 292-1940
FAX (415) 292-1946
WWW.SAFIRELAW.COM

*IT IS SO ORDERED*
*Judge James Larson*

February 24, 2009

The Honorable James Larson
United States District Court
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Via e-file

Re: <u>Starlah Burke v. City of San Leandro, et. al</u>
Case Number: C-07-6142 JL

Dear Judge Larson:

    Defendant City of San Leandro recently subpoenaed from the custodian of records of both MySpace.com and FaceBook.com the following regarding our client, Plaintiff Starlah Burke:

```
Any and all internet usage activity or records,
whether current or deleted from the internet
user's page, including but not limited to:
private blogs, page comments, friends, friend
requests, photographs, blogs, bulletins, IP
addresses from visitors viewing profile, IP logs,
date profile created, date profile deleted, dates
and times of login (PST), e-mail addresses
provided by user, zip code provided by user, name
provided by user, regarding Starlah Burke, City
of San Leandro, California.
```

    We objected to the subpoenas on the grounds that the subpoenas were overbroad and may require disclosure of privileged material not covered by any exception. Counsel conferred regarding the dispute and agreed, if it is acceptable to you, to have the material produced to your Court under seal, so that you can review the material, and turn over to all the parties any material you find to be relevant or otherwise discoverable.

    Please advise whether this is acceptable to Your Honor. Please indicate if the Court wants copies of the subpoenas. Production to the Court within ten days (including subpoenas)

Sincerely,

Eric M. Safire

Cc: Tricia L. Hynes for the City of San Leandro; Alison Berry Wilkinson for Gregory Cannedy; Molly Newman for Facebook.com; Custodian of Records for MySpace.com