Alison Berry Wilkinson, SBN 135890
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone/Facsimile: 415.259.6638
Email: alison@berrywilkinson.com

Attorneys for Defendant
Gregory Allen Cannedy

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLAH BURKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN LEANDRO; OFFICER GREGORY ALLEN CANNEDY, individually and in his official capacity; CHIEF DALE ATTARIAN, in his official capacity; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. C07-6142 JL<br><br>Related Case: *Acuna v. City of San Leandro*<br>　　　　　　　　CV 08 1020 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　WHEREAS a further Case Management Conference is set for June 11, 2009;

　　　WHEREAS on April 28, 2009 an initial Early Neutral Evaluation session occurred between the parties;

　　　WHEREAS the parties agreed to segue the alternative dispute resolution process from Early Neutral Evaluation into in a combination Early Neutral Evaluation/Mediation session;

　　　WHEREAS the mediation component of the Early Neutral Evaluation session is scheduled for June 25, 2009;

---

*BURKE V. CITY OF SAN LEANDRO, ET AL.* **Case No. C 07-6142 JL**

**Stipulation and Proposed Order Regarding Further Case Management Conference**

-2-

1  WHEREAS the parties agree that setting the next Case Management Conference for after
2  the mediation component of the Early Neutral Evaluation session is completed would best serve
3  the interests of judicial economy and efficiency;
4  THE PARTIES HEREBY STIPULATE that the Case Management Conference currently
5  scheduled in this action should be moved from Wednesday June 11, 2009, to Wednesday July 29,
6  2008, at 10:30 a.m. in Courtroom F, 15th Floor, San Francisco, California, and that this matter
7  should be set this matter simultaneously with the further case management conference in the
8  related case of *Acuna v. City of San Leandro et al.* U.S.D.C. N.D. Case No C07-6142 JL.
9  THE PARTIES FURTHER STIPULATE that the last day to file the joint case
10 management statement in both actions shall be Wednesday, July 22, 2009.
11 IT IS SO STIPULATED.

12 Dated: June 3, 2009                    LAW OFFICE OF ERIC M. SAFIRE

14                                         _____/s/_____
                                          By: ERIC M. Safire
15                                        Attorney for Plaintiffs Jennifer Acuna
16                                        and Starlah Burke

17 Dated: June 3, 2009                    MEYERS NAVE SIBACK SILVER & WILSON

19                                         _____/s/_____
20                                        By: Tricia L. Hynes
                                          Attorneys for Defendants City of
21                                        San Leandro and Chief Dale Attarian

23 Dated: June 3, 2009                    BERRY | WILKINSON | LAW GROUP

25                                         _____/s/_____
26                                        By: Alison Berry Wilkinson
                                          Attorneys for Defendant
27                                        Gregory Allen Cannedy

28

-2-

*BURKE V. CITY OF SAN LEANDRO, ET AL* Case No. CV 07-6142 JL
**Stipulation and Proposed Order Regarding Further Case Management Conference**

-3-

1 | IT IS SO ORDERED.
2
3 | Dated: June 9, 2009

                                                     Hon. Magistrate Judge James Larson
                                                     UNITED STATES DISTRICT COURT