1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8

9

STARLAH BURKE

                    Plaintiff(s),                                    No. 07-06142 JL

        v.                                                           ORDER OF DISMISSAL

SAN LEANDRO CITY OF

                    Defendant(s).

_____/

10      The parties hereto, by their counsel, having advised the court that they have agreed to

11   a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed

12   with prejudice; provided, however that if any party hereto shall certify to this court, within ninety

13   days, with proof of service thereof, that the agreed consideration for said settlement has not

14   been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be

15   restored to the calendar to be set for trial.

16   Dated:  July 23, 2009

17                                                          _____
                                                           JAMES LARSON
                                                           United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Dismby.Ct                                        1